**Order entered January 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00907-CR
No. 05-13-00908-CR

**BRANDON SCOTT COPPOCK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause Nos. F05-524282-L, F12-27931-L**

## ORDER

The clerk's records are overdue in these appeals. Accordingly, the Court **ORDERS** the Dallas County District Clerk to file the clerk's records in these appeals within **TWENTY-ONE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE